## Simon v. Simon.

APPEAL from Hale Chancery Court.
Heard before the Hon. THOS. H. SMITH.

S. W. JOHN, for appellant.

THOS. E. KNIGHT, for appellee.

The bill in this case was filed by the appellee, Aaron Simon, against the appellant, Adelheid Simon, his wife, asking for a divorce, on the ground of voluntary abandonment. The respondent filed an answer, in which she admitted the voluntary abandonment, but set up adul-

tery on the part of the husband, and prayed that her answer be taken as a cross-bill and that she be granted a divorce. On motion of the complainant, the chancellor rendered a decree dismissing the original bill without prejudice. After the dismissal of the original bill and on the submission of the cross-bill upon the pleadings and proof, the chancellor rendered a decree denying the relief prayed for. From this decree the cross complainant appeals and assigns the rendition thereof as error.

The decree is affirmed.